| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF MASSACHUSETTS - EASTERN DIVISION | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Arklow Limited Partnership

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
04-3451867

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 159 Ballville Road<br>Bolton, MA 01740 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Worcester | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☑ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Arklow Limited Partnership**  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No
☐ Yes.

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Arklow Limited Partnership** _____  Case number (*if known*) _____
     Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☑ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☑ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **Arklow Limited Partnership**
          Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/4/2020
            MM / DD / YYYY

X _____   Craig R. Jalbert
Signature of authorized representative of debtor   Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X _____   Date 5/4/20
Signature of attorney for debtor         MM / DD / YYYY

D. Ethan Jeffery, Esq.
Printed name

**Murphy & King, Professional Corporation**
Firm name

**One Beacon Street**
**Boston, MA 02108**
Number, Street, City, State & ZIP Code

Contact phone  (617) 423-0400    Email address  ejeffery@murphyking.com

BBO#631941 MA
Bar number and State

## ARKLOW LIMITED PARTNERSHIP
### Resolution Authorizing Chapter 11 Filing

The undersigned, being the general partner of Arklow Limited Partnership (the "Company"), hereby certifies, that the following resolutions were passed at a meeting of the limited partners of the Company:

**RESOLVED:** That, based on the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a petition seeking relief under chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts.

**RESOLVED:** That Craig Jalbert (the "CRO") is appointed as the Chief Restructuring Officer of the Company and hereby is, authorized and empowered, in the name and on behalf of the Company and/or as an officer thereof, to take such actions and to execute, deliver and file, such other and further agreements, instruments, certificates and documents, and to take such other and further actions, as the CRO may deem to be necessary, advisable, convenient or proper in order to carry the resolutions set forth herein; provided that powers and duties shall not exceed those authorized for an officer of the Company under the Company's organizational documents.

**RESOLVED:** That the CRO, and any person duly authorized by the CRO (each an "Authorized Person"), is empowered and directed to take action to: (i) prepare and file on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code; (ii) cause the Company to perform its functions and duties as a debtor-in-possession pursuant to the applicable provisions of the United States Bankruptcy Code; (iii) take such steps on behalf of the Company as may be necessary or appropriate to the Company's chapter 11 proceeding; (iv) execute and file on behalf of the Company any pleading appropriate or necessary for the Company to fulfill its obligations under the Bankruptcy Code and/or applicable non-bankruptcy law; and (vi) execute such further documents and do such further acts as such Authorized Person may deem necessary or appropriate with respect to the foregoing, the execution of any document or the doing of any act by such Authorized Person in connection with such proceedings to be conclusively presumed to be authorized by this vote.

1

774051

**RESOLVED:** That each of the Authorized Persons may engage, retain, and employ, on behalf of the Company, Murphy & King, Professional Corporation as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and, in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Murphy & King, Professional Corporation.

**RESOLVED:** That each of the Authorized Persons may engage, retain, and employ, on behalf of the Company, any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

**RESOLVED:** That each of the Authorized Persons are hereby authorized and directed to obtain postpetition financing and/or use of cash collateral according to the terms negotiated by management of the Company, including under one or more debtor-in-possession credit facilities provided by Ms. Florence Weadock; and to enter into any guarantees and to pledge and grant liens on its assets as contemplated or required under the terms of such postpetition financing; and, in connection therewith, each of the Authorized Persons are hereby authorized and directed to execute appropriate loan agreements and related ancillary documents.

**RESOLVED:** That each Authorized Person is hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, all agreements, instruments, petitions, schedules, motions, lists, affidavits, applications for approvals or ruling of governmental or regulatory authorities, pleadings, certificates and other papers, and to take and perform any and all further acts and deeds that in the judgment of an Authorized Person shall be necessary, proper or desirable to the Company's chapter 11 proceeding.

[this space intentionally left blank]

774051

2

**RESOLVED:**   That any and all actions heretofore or hereafter lawfully taken in the name or on behalf of the Company in good faith by any Authorized Person in furtherance of the purposes of the foregoing resolutions or in connection with the transactions contemplated therein are hereby ratified, confirmed, and adopted as the acts and deeds of the Company.

In witness whereof, this Resolution has been executed on the date stated below.

Dated: April ___, 2020

                ARKLOW, INC., as general partner of
                ARKLOW LIMITED PARTNERSHIP,

By: *[signature]*
Its:

3

774051