UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

| | |
|---|---|
| In re<br><br>ARKLOW LIMITED PARTNERSHIP,[1]<br><br>Debtor | Chapter 11<br><br>Case No. 20-40523-CJP<br><br>Jointly Administered |

### NOTICE OF RESCHEDULED SECTION 341 MEETING OF CREDITORS

**YOU ARE HEREBY NOTIFIED** that the section 341 meeting of creditors for the above-captioned cases, scheduled for June 9, 2020 at 3:00 p.m., has been re-scheduled to **June 23, 2020 at 2:00 p.m.** and will be conducted by telephone conference. All parties must appear by phone at the section 341 in accordance with the instructions below.

**Call-in Information**:

Meeting Dial-in No: **877-218-1075**

when prompted enter the

Participant Passcode: **7371957 followed by #**

For International Call information, please contact the Office of the United States Trustee at 202-590-8695.

ARKLOW LIMITED PARTNERSHIP, THE INTERNATIONAL GOLF CLUB, LLC, and WEALYN, LLC,
By their proposed counsel,

/s/ *D. Ethan Jeffery*
D. Ethan Jeffery (BBO #631941)
MURPHY & KING, Professional Corporation
One Beacon Street
Boston, MA 02108-3107
Tel: (617) 423-0400
EJeffery@murphyking.com

DATED: June 4, 2020

---

[1] The debtors in these jointly administered cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Arklow Limited Partnership (9883), The International Golf Club, LLC (9792) and Wealyn, LLC (9883).

780852