UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>**ARKLOW LIMITED PARTNERSHIP,** *et. al,,*<br><br>**Debtors** | Chapter 11<br><br>Case No. 20-40523-CJP<br><br>Jointly Administered |

**COURT'S DISCLOSURE REGARDING**
**NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

     After review of the United States Trustee's Notice of Appointment of Unsecured Creditors' Committee (Docket No. 116) filed on July 27, 2020, the Court hereby discloses to all interested parties that I am socially acquainted with David Mahr, the President and Chief Executive Officer of Acushnet Holdings Corp., a public company that the Court believes is the corporate parent of Acushnet Company (the "Creditor"), a member of the Official Committee of Unsecured Creditors recently appointed in the Debtors' cases. The Court has assumed for purposes of its analysis that the Acushnet Company is a sales and distribution subsidiary for "Titleist" and "Foot Joy" products and is a trade creditor of the Debtor. I have never had a conversation with Mr. Mahr about Acushnet Holdings Corp., the Creditor, or the Debtors. I have a social relationship with Mr. Mahr and his family, but have not communicated with Mr. Mahr in the last several years other than to greet him when we have seen each other in social settings. I do not believe that this connection to an officer of an affiliate of a member of the Committee will in any way impair my ability to preside in this matter in a fair and impartial manner. I have also considered whether this relationship could give rise to an appearance of impropriety to "reasonable minds, with knowledge of all the relevant circumstances disclosed by a reasonable inquiry" as contemplated by Canon 2 of the Code of Conduct for United States Judges and have determined that, with this disclosure to all interested parties, it cannot be concluded that the Court's "honesty, integrity, impartiality, temperament, or fitness to serve as a judge is impaired." Code of Conduct for U.S. Judges, Comment., Canon 2.

     Any party in interest may file a request for a status conference or file any other request related to this disclosure to raise any concerns with this Court presiding over this case or any contested matter within this case. Alternatively, a party in interest may make arrangements with the Clerk of Court to deliver to her a letter with the identity of the sender known only to the Clerk raising any such concerns for further consideration.

Dated: July 29, 2020

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge