

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> **ARKLOW LIMITED PARTNERSHIP**, *et al.,* <br> Debtors | Ch. 11 <br> 20-40523-CJP <br> Jointly Administered |

## Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing on #187 Expedited Motion filed by Debtor Arklow Limited Partnership to (A) Shorten Notice of Time for Filing Objections to and hearing on Approval of Disclosure Statement, (B) Shorten Notice of Time for Filing Objections to and Hearing on Confirmation of Plan and (C) Related Relief

**Decision set forth more fully as follows:**

REMAINDER OF THE RELIEF REQUESTED BY THE DEBTORS PURSUANT TO THE MOTION TO SHORTEN NOTICE OF (I) THE TIME FOR FILING OBJECTIONS TO CONFIRMATION AND (II) THE HEARING ON CONFIRMATION OF PLAN IS GRANTED. THE DEADLINE FOR VOTING WITH RESPECT TO AND FILING OBJECTIONS TO CONFIRMATION OF THE PLAN IS SHORTENED TO DECEMBER 4, 2020 AT 4:30 P.M. AND THE CONFIRMATION HEARING IS SCHEDULED FOR DECEMBER 10, 2020 AT 11:00 A.M. AS WILL BE SET FORTH IN A SEPARATE ORDER APPROVING THE AMENDED DISCLOSURE STATEMENT.

Dated: 11/10/2020

By the Court,

Christopher J. Panos
United States Bankruptcy Judge