**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

| | |
|---|---|
| In re<br><br>ARKLOW LIMITED PARTNERSHIP,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-40523-CJP<br><br>Jointly Administered |

**MOTION TO CONTINUE CLAIMS**
**OBJECTIONS RESPONSE DEADLINE AND HEARING DATE**
**(Expedited Consideration Requested)**

Arklow Limited Partnership ("Arklow"), The International Golf Club, LLC ("IGC") and Wealyn, LLC ("Wealyn", and together with Arklow and IGC the "Debtors"), hereby move the Court for a one-month continuance of the deadline by which creditors must file a response to Membership Fee Objections (as defined below) and a one-month extension of the associated hearing dates. Between November 18th and 19th, 2020, the Debtors filed sixty-two (62) objections to proofs of claim filed by former members of The International Golf Club ("The International") that asserted claims for the return of Membership Fees (as defined below). The deadline to respond to the Membership Fee Objections is December 22, 2020, and hearings on each of the Membership Fee Objections are scheduled for January 5, 2021 (collectively the "Hearings"). On December 17, 2020, the Court confirmed the Debtors' liquidating plan, which provides, among other things, for the appointment of a liquidating agent (the "Liquidating Agent") whose tasks will include the prosecution of the Membership Fee Objections. Given the

---

[1] The debtors in these jointly administered cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Arklow Limited Partnership (9883), The International Golf Club, LLC (9792) and Wealyn, LLC (9883).

1

789993-v1

impending holidays and the fact that the effective date of the Plan has not yet occurred, the Liquidating Agent will not have sufficient time to familiarize himself with the Membership Fee Objections prior to the Hearings. Expedited consideration of this motion is requested due to the impending deadline for responding to the Membership Fee Objections.

In support of this motion, the Debtors aver as follows:

## BACKGROUND

1. On May 4, 2020 (the "Petition Date"), each of the Debtors filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

2. Prior to 2008, a person wishing to become a member of The International was required to pay a membership fee (the "Membership Fee").

3. Certain former members of The International filed claims, in part or in whole, based on a claim for the return of their respective Membership Fees (the "Membership Fee Claimants"). The Debtors do not believe that the Membership Fee Claimants are entitled to a return of their Membership Fee and therefore do not have a valid claim against the Debtors. The Debtors thereafter filed the Membership Fee Objections.

## THE PLAN

4. On October 26, 2020 the Debtors filed their *Joint Plan of Liquidation of Arklow Limited Partnership, The International Golf Club, LLC, and Wealyn, LLC* (the "Plan") [doc. no. 184].

5. The Plan was confirmed by Court order on December 17, 2020 [doc. no. 319].

6. Under the Plan, Robert Wexler will be appointed as the Liquidating Agent upon the occurrence of the Effective Date (as defined in the Plan). The Liquidating Agent is

responsible for, among other things, reviewing and objecting to claims against the Debtors. The Debtors do not expect the Effective Date of the Plan to occur until just prior to or just after the Hearings.

7. The Liquidating Agent will be responsible for the prosecution of the Membership Fee Objections, and even if he were appointed before the Hearings, he will not have sufficient time to familiarize himself with such objections prior to the Hearings.

### RELIEF REQUESTED

8. The Debtors request a one-month continuance of the deadline for Membership Fee Claimants to file responses to the Membership Fee Objections and, subject to the Court's availability, a one-month continuance of the Hearings.

9. The relief requested in this motion is necessary to avoid the possibility that the Hearings will proceed without the Liquidating Agent's participation, and the possibility that the Liquidating Agent's rights will be prejudiced at the Hearings if he is not provided with sufficient time to review the Membership Fee Objections.

10. The relief requested in this motion will not prejudice any party.

### NOTICE

11. Should the Court grant the relief requested in this motion, the Debtors will provide notice to the Membership Fee Claimants of the new deadline to respond to and the new hearing dates for the Membership Fee Objections by first class mail and, where available, electronic mail.

789993

**WHEREFORE**, the Debtors respectfully requests that the Court enter an Order, substantially in the form attached as Exhibit A: (a) granting this motion, (b) continuing, for one (1) month, the deadline for the filing of responses to the Membership Fee Objections, (c) subject to the Court's availability, continuing the Hearings for one month, and (d) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Arklow Limited Partnership, The International Golf Club, LLC, and Wealyn, LLC,
By their attorneys,

/s/ *D. Ethan Jeffery*
D. Ethan Jeffery (BBO No. 631941)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, Massachusetts  02108-3107
Tel:  (617) 423-0400
Email: EJeffery@murphyking.com

Dated: December 18, 2020

789993

# IN RE: ARKLOW LIMITED PARTNERSHIP, ET AL.
# JOINTLY ADMINISTERED
# BANKRUPTCY NO. 20-40523-CJP

## EXHIBIT A TO

## MOTION TO CONTINUE CLAIMS OBJECTIONS RESPONSE DEADLINE AND HEARING DATE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:

**ARKLOW LIMITED PARTNERSHIP[1]**

Debtor.

Chapter 7

Case No. 14-12188-MAF

## ORDER GRANTING MOTION TO CONTINUE CLAIMS OBJECTIONS RESPONSE DEADLINE AND HEARING DATE

Upon the *Motion to Continue Claims Objections Response Deadline and Hearing Date* (the "Motion")[2] filed by the Debtors; and good and sufficient notice of the Motion having been provided; and it appearing from the record before that Court and upon due deliberation that sufficient cause exists, the Court hereby ORDERS THAT:

1. The Motion is granted.

2. The deadline for Membership Fee Claimants to file any response to the respective objection to their claims is extended to January 22, 2021 at 4:30 p.m.

3. The Hearings shall be continued to February __, 2021 at 10:00 __.m.

BY THE COURT

_____
Honorable Christopher J. Panos
United States Cheif Bankruptcy Judge

Dated:_____

---

[1] The debtors in these jointly administered cases, along with the last four digits of each debtor's federal tax identification number, are as follows: Arklow Limited Partnership (9883), The International Golf Club, LLC (9792) and Wealyn, LLC (9883).

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.